THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAT'S MARINE ENGINES, INC., | IN ADMIRALTY |
| Plaintiff, | |
| v. | Case No. C08-1401 MJP |
| WHITECAP, Official Number: 1041109, her Engines, Machinery, Appurtenances, etc., *In Rem*; | ORDER GRANTING MOTION OF PAT'S MARINE ENGINES PURSUANT TO RULE OF CIVIL PROCEDURE 41(a)(2) FOR VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST BATUR SEKENDUR WITHOUT PREJUDICE |
| and | |
| BATOUR SEKENDUR, *In Personam*, | |
| Defendants. | |

THIS MATTER, having come before the Court upon the motion of Plaintiff Pat's

Marine Engines, Inc. for an order dismissing its claims against defendant Batur Sekendur

without prejudice pursuant to Rule of Civil Procedure 41(a)(2).

After due consideration, the Court having reviewed the records and files herein

and being otherwise advised in the premises,

IT IS HEREBY ORDERED: that Plaintiff Pat's Marine Engines, Inc's Motion for

voluntary dismissal of its claims against Batur Sekendur is granted without prejudice. The

ORDER GRANTING MOTION OF PAT'S MARINE
ENGINES FOR VOLUNTARY DISMISSAL
OF BATUR SEKENDUR WITHOUT PREJUDICE - 1
*Pat's Marine Engines, Inc. v. Whitecap*
Case No. C08-1401 MJP

in *personam* claims of Pat's Marine Engines, Inc. against Batur Sekendur are hereby

dismissed without prejudice.

DATED this __7th__ day of _____April_____, 2009.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge


**Presented By:**

HOLMES WEDDLE & BARCOTT, P.C.

/s/ William D. De Voe
William D. De Voe, WSBA # 17454
Attorneys for Plaintiff

ORDER GRANTING MOTION OF PAT'S MARINE
ENGINES FOR VOLUNTARY DISMISSAL
OF BATUR SEKENDUR WITHOUT PREJUDICE - 2
*Pat's Marine Engines, Inc. v. Whitecap*
Case No. C08-1401 MJP