THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAT'S MARINE ENGINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WHITECAP, Official Number: 1041109, her Engines, Machinery, Appurtenances, etc., *In Rem*; <br><br> and <br><br> BATOUR SEKENDUR, *In Personam*, <br><br> Defendants. | IN ADMIRALTY <br><br> Case No. C08-1401 MJP <br><br> ORDER FOR INTERLOCUTORY SALE OF THE DEFENDANT VESSEL |

THIS MATTER, having come before the Court upon the motion of Plaintiff Pat's Marine Engines, Inc. ("Pat's Marine") for (1) an order for the interlocutory sale of the defendant vessel, WHITECAP, Official No. 1041109, by the United States Marshal free and clear of all liens and encumbrances, and (2) allowing Pat's Marine to credit bid the amount of money it has spent on *custodia legis* costs.

After due consideration, the Court having reviewed the records and files herein and the Declaration of Pat Desjardins, and being otherwise advised in the premises,

ORDER FOR INTERLOCUTORY SALE OF THE
DEFENDANT VESSEL - 1
*Pat's Marine Engines, Inc. v. Whitecap*
Case No. C08-1401 MJP

IT IS HEREBY ORDERED that:

1. Plaintiff's Pat Marine's Motion for Interlocutory Sale is GRANTED; and

2. The United States Marshal shall cause the WHITECAP, Official Number 1041109, her engines, machinery, appurtenances, etc., to be sold, free of all liens and encumbrances on a date and time hereafter arranged and agreed to by Plaintiff Pat's Marine, Glenn McCandliss, and the United States Marshal; and

3. At the United States Marshal's sale of the WHITECAP, Pat's Marine is allowed to credit bid the amount of money it has spend in *custodia legis* costs totaling $5,900.

4. All proceeds from said sale shall be deposited in the registry of the court by the United States Marshal pending final resolution of this matter.

DATED this ___7th____ day of _April__, 2009.

_____
Marsha J. Pechman
United States District Judge

Presented By:

HOLMES WEDDLE & BARCOTT, P.C.

/s/ William D. De Voe
William D. De Voe, WSBA # 17454
Attorneys for Plaintiff

ORDER FOR INTERLOCUTORY SALE OF THE
 DEFENDANT VESSEL  - 2
*Pat's Marine Engines, Inc. v. Whitecap*
Case No. C08-1401 MJP