UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAT'S MARINE ENGINES, INC.,

        Plaintiff(s),

v.

WHITECAP, Official Number 1041109, her Engines, Machinery, Appurtenances, etc., *In Rem,*

        Defendant(s).

NO. C08-1401MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of Dkt. No. 75, "Defendant Batur Sekendur's Motion for Extension," in which Mr. Sekendur "moves for an extension of the court's schedule for 90 days." Id., p. 1.

The motion is STRICKEN. It is improper and not well-taken on a number of levels, not the least of which is that Mr. Sekendur was dismissed as a party from this action in April of this year. See Dkt. No. 41, Order Granting Motion for Voluntary Dismissal of Claims Against Batur Sekendur Without Prejudice.

Furthermore, the matter has been resolved in this Court and is currently on appeal to the Ninth Circuit, which relieves this Court of jurisdiction over the proceedings.

Filed this 3rd day of August, 2009.

                                              BRUCE RIFKIN, Clerk

                                              By    /s Mary Duett
                                                      Deputy Clerk

MINUTE ORDER